IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-00046-BO

BOBBY LEON HARRIS, JR., )
)
Plaintiff, )
)
v. )                                 O R D E R
)
UNITED STATES, )
)
Defendant. )

Before the Court is the Memorandum and Recommendation ("M&R") of United States Magistrate Judge Robert B. Jones, Jr., which recommends this Court dismiss Plaintiff's complaint as frivolous under 28 U.S.C. § 1915. [DE 5]. No written objections to the M&R were filed.

The presence (or absence) of objections directs district court review of magistrate judges' recommendations. The district court is required to make "a de novo determination of those portions of the report or . . . recommendation to which objection is made." 28 U.S.C. § 636(b)(1). But when no objections are timely filed, the district court need "only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (citation and internal quotation marks omitted); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intend to require district court review of a magistrate's factual or legal conclusion under a *de novo* or any other standard, when neither party objects.").

After reviewing the record, the Court is satisfied that no clear error is present; the Court, therefore, ADOPTS Magistrate Judge Jones's M&R [DE 5] and DISMISSES Plaintiff's complaint [DE 1]. The Clerk is DIRECTED to close the case.

SO ORDERED, this ___ day of May 2024.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE