UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| BOBBY LEON HARRIS, JR., | ) | |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| UNITED STATES, | ) | 5:24-CV-46-BO-RJ |
| Defendant. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court, therefore, ADOPTS Magistrate Judge Jones's M&R [DE 5] and DISMISSES Plaintiff's complaint [DE 1].

This case is closed.

**This judgment filed and entered on May 6, 2024, and served on:**
Bobby Leon Harris, Jr. (via US Mail to 4800 University Dr., Apt. 3B, Durham, NC 27707)

May 6, 2024



PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk